| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bush, John K. | 2. Court or Organization<br><br>6th Circuit | 3. Date of Report<br><br>01/18/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge, Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>208 Gene Snyder U.S. Courthouse<br>601 W. Broadway<br>Louisville, KY 40202 |
|---|
| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 01/18/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Bingham Greenebaum Doll LLP | $169,149.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Landrum & Shouse |
| 2. 2017 | The Courier-Journal, Inc. |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | 10/2/17 - 10/3/17 | Cincinnati, OH | speak and attend meeting | transportation, lodging, food |
| 2. | Federal Judicial Center | 11/2/17 - 11/3/17 | Washington, DC | attend meeting | transportation, lodging, food |
| 3. | James Wilson Institute | 11/3/17 - 11/4/17 | Washington, DC | attend meeting | transportation, lodging, food |
| 4. | Federalist Society | 11/15/17 - 11/18/17 | Washington, DC | speak and attend meeting | transportation, lodging, food |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Bingham Greenebaum Doll LLP | Investiture Reception | $16,837.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Fifth Third Bank | Line of Credit | K |
| 2. | American Express | Credit Card | J |
| 3. | Navient | Student Loans | L |
| 4. | University of Louisville | Tuition Agreement | J |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 401K | | | | | | | | | |
| 2. --Apple (AAPL) Stock | A | Dividend | | T | Sold | 12/07/17 | K | D | |
| 3. --Adex Mining (ADXDF) stock | | None | | T | Sold | 12/07/17 | J | | |
| 4. --Amazon (AMZN) stock | A | Dividend | | T | Sold | 12/07/17 | L | D | |
| 5. --Alphabet (GOOG) stock | A | Dividend | | T | Sold | 12/07/17 | L | D | |
| 6. --Jet Blue (JBLU) stock | A | Dividend | | T | Sold | 12/07/17 | K | C | |
| 7. --United Parcel Service (UPS) stock | A | Dividend | | T | Sold | 12/07/17 | K | C | |
| 8. --Exxon (XOM) stock | A | Dividend | | T | Sold | 12/07/17 | K | C | |
| 9. --Vanguard Federal Money Market Fund | B | Interest | | T | Sold | 12/07/17 | M | C | |
| 10. --Metropolitan West Total Return Bond Fund | A | Int./Div. | | T | Sold | 12/07/17 | J | A | |
| 11. --American Beacon Large Cap Value Fund | A | Int./Div. | | T | Sold | 12/07/17 | K | C | |
| 12. --Vanguard Institutional Index Fund | A | Int./Div. | | T | Sold | 12/07/17 | K | C | |
| 13. --American AmCap Fund | A | Int./Div. | | T | Sold | 12/07/17 | K | C | |
| 14. --Vanguard Mid Cap Index Fund | A | Int./Div. | | T | Sold | 12/07/17 | K | C | |
| 15. --Vanguard Small Cap Index Fund | A | Int./Div. | | T | Sold | 12/07/17 | K | C | |
| 16. --Principal Global Real Estate Fund | A | Int./Div. | | T | Sold | 12/07/17 | J | A | |
| 17. --American EuroPacific Fund | A | Int./Div. | | T | Sold | 12/07/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 01/18/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --BMO Government Money Market Fund | A | Interest | | T | Sold | 12/07/17 | K | A | |
| 19. --Vanguard Total Bond Market Index Fund | A | Int./Div. | | T | Sold | 12/07/17 | J | A | |
| 20. --SPDF S&P 500 EFT Trust Fund | D | Int./Div. | | T | Sold | 12/07/17 | M | E | |
| 21. --Teucrium Commodity Trading Corn Fund | A | Int./Div. | | T | Sold | 12/07/17 | J | A | |
| 22. IRA #1 | | | | | | | | | |
| 23. --Vanguard Explorer Fund | A | Int./Div. | J | T | | | | | |
| 24. --Wellington Fund Investment | A | Int./Div. | K | T | | | | | |
| 25. --Vanguard Total Bond Market Index Fund | A | Int./Div. | J | T | | | | | |
| 26. --Windsor Fund Amiliral | A | Int./Div. | L | T | | | | | |
| 27. IRA #2 | | | | | | | | | |
| 28. --Federated Kaufman Fund | A | Dividend | J | T | | | | | |
| 29. IRA #3 | | | | | | | | | |
| 30. --Allergen PLC stock | | None | J | T | Buy | 12/15/17 | J | | |
| 31. --Virtus Vontobe/Emerging Markets Opportunities Fund | | None | J | T | Buy | 12/15/17 | J | | |
| 32. --US Bankcorp Medium Term Note | | None | K | T | Buy | 12/15/17 | K | | |
| 33. --Omnicom Group stock | | None | J | T | Buy | 12/15/17 | J | | |
| 34. --Northern Trust Corp. Senior Unsecured CPN | | None | K | T | Buy | 12/15/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 01/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --JPMorgan Chase & Co. Unsecured Callable CPN | | None | K | T | Buy | 12/15/17 | K | | |
| 36. --Cisco Systems Inc. stock | | None | J | T | Buy | 12/15/17 | J | | |
| 37. --CVS Health Corp stock | | None | J | T | Buy | 12/15/17 | J | | |
| 38. --Berkshire Hathaway Inc. Sr. Unsecured CPN | | None | K | T | Buy | 12/15/17 | K | | |
| 39. --Apple Inc. Sr. Unsecured CPN | | None | K | T | Buy | 12/15/17 | K | | |
| 40. --AT&T Inc. Sr. Unsecured CPN | | None | K | T | Buy | 12/15/17 | K | | |
| 41. --TJX Cos. Inc. Sr. Unsecured Callable CPN | | None | K | T | Buy | 12/15/17 | K | | |
| 42. --Pfizer Inc. Sr. Unsecured CPN | | None | K | T | Buy | 12/25/17 | K | | |
| 43. --O'Reilly Automotive Inc. Sr. Unsecured NT CPN | | None | K | T | Buy | 12/18/17 | K | | |
| 44. --Home Depot Inc. Sr. Unsecured Callable CPN | | None | K | T | Buy | 12/18/17 | K | | |
| 45. --Federal Home Loan Bank Bonds Callable CPN | | None | K | T | Buy | 12/18/17 | K | | |
| 46. --CVS Caremark Corp. Sr. Unsecured Callable CPN | | None | J | T | Buy | 12/18/17 | J | | |
| 47. --Microsoft Corp. Senior Notes CPN | | None | K | T | Buy | 12/19/17 | K | | |
| 48. --General Electric Capital Corp. Sr. Unsecured CPN | | None | K | T | Buy | 12/19/17 | K | | |
| 49. --John Deere Capital Corp. Medium Term Note CPN | | None | K | T | Buy | 12/19/17 | K | | |
| 50. --Alphabet Inc. Sr. Unsecured CPN | | None | K | T | Buy | 12/19/17 | K | | |
| 51. --Wells Fargo Bank, N.A. | A | Interest | N | T | Buy | 12/15/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 01/18/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Wells Fargo Bank South Central | A | Interest | N | T | Buy | 12/15/17 | N | | |
| 53. Massachusetts Mutual (whole life) | A | Dividend | J | T | | | | | |
| 54. Northwestern Mutual (whole life) | A | Dividend | J | T | | | | | |
| 55. American Outdoor Brands Corp. Stock | A | Dividend | | T | Sold | 06/30/17 | J | A | |
| 56. Amazon Stock | A | Dividend | J | T | | | | | |
| 57. Jet Blue Stock | A | Dividend | J | T | | | | | |
| 58. Southwest Airlines Stock | A | Dividend | J | T | | | | | |
| 59. Delta Airlines Inc.Stock | A | Dividend | J | T | Buy | 06/20/17 | J | | |
| 60. Alibaba Stock | | None | | T | Buy | 06/29/17 | J | | |
| 61. Alibaba Stock | | None | | T | Sold | 08/14/17 | J | | |
| 62. Snap Stock | | None | | T | Buy | 07/11/17 | J | | |
| 63. Snap Stock | | None | | T | Sold | 07/12/17 | J | | |
| 64. Alaska Air Stock | A | Dividend | J | T | Buy | 07/18/17 | J | | |
| 65. Allegiant Stock | A | Dividend | J | T | Buy | 07/21/17 | J | | |
| 66. Boeing Stock | | None | J | T | Buy | 12/21/17 | J | | |
| 67. LKCM Balanced Fund | A | Dividend | J | T | | | | | |
| 68. Schwab S&P 500 Index Fund | A | Dividend | J | T | Buy | 12/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 01/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fifth Third Bank | A | Dividend | K | T | | | | | |
| 70. Commonwealth Bank & Trust | A | Dividend | J | T | | | | | |
| 71. PNC Bank | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 01/18/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, John K. | 01/18/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John K. Bush**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544